JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHON WEI ZHAI,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES JANECKA, et al.,<br><br>        Respondents. | Case No. 5:26-cv-00649-SPG-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Application for Ex Parte Temporary Restraining Order and Dismissing Habeas Petition as Moot,

IT IS ORDERED AND ADJUDGED that this action is dismissed.

DATED:  February 23, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE